BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195


Jeffrey R. Stein, C.B.N. 67678
Stein-Conaway Law Firm, PC.
1119 Palm Street
San Luis Obispo, CA 93401
(805) 748-5243

Attorneys for DOUGLAS CHARLES OKUN and the Plaintiff Class


# IN THE UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION


| | |
|---|---|
| DOUGLAS CHARLES OKUN, individually and on behalf of a Class of Persons similarly situated, | NO: 2:20-cv-00178-PA-GJS |
| Plaintiffs, | **ORDER RE PERMITTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SAN LUIS OBISPO, SAN LUIS OPISPO PROBATION OFFICE, CHIEF PROBATION OFFICER JAMES SAILO, PROBATION OFFICER ROBERT MACIAS, PAROLE AGENT ARNOLD NELSON, STATE OF CALIFORNIA, and DOES I through X, inclusive, | |
| Defendants. | |

**GOOD CAUSE THERE APPEARING,** and there being no opposition, Plaintiff's are given leave to file a Second Amended Complaint.

DENIED
BY ORDER OF
***
UNITED STATES DISTRICT JUDGE
04/24/20

Dated_____   _____

Judge, U.S. District Court

***The requested relief is not the proper subject of an ex parte application.  Plaintiff will need to file a noticed motion.  Moreover, if the only change is to remove a defendant, there is no need for an amended complaint.  Simply file a dismissal as to those defendants named in the First Amended Complaint.