NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHARLES OKUN<br><br>PLAINTIFF(S),<br>v.<br>COUNTY OF SAN LUIS OBISPO, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-0017800-PA-GJS<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Luis Obispo_____, State of California, and not a party to the above-entitled cause. On May_____, 20 20____, I served a true copy of _Amended Class Action Complaint for Damages for False Arrest, Violation of the Right of Free Speech, and a Monel Claim_ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: San Luis Obispo, California
Executed on May 12_____, 20 20___ at San Luis Obispo_____, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____    _____
Signature                                      Party Served

CV-40 (01/00)                        PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## PROOF OF SERVICE – ADDITIONAL PAGE IDENTIFYING PARTIES SERVED

1. Administrative Office and Clerk of the Board of Supervisors
   County of San Luis Obispo
   1055 Monterey St.
   San Luis Obispo, CA 93408
2. County Counsel for County of San Luis Obispo
   1055 Monterey St.
   San Luis Obispo, CA 93408
3. Chief Probation Officer James Salio and
   Probation Officer Robert Macias.
   1730 Bishop Street
   San Luis Obispo, CA 93401
4. Courtesy Copy served on identified but not yet appearing counsel
   Smith Law Offices, LLP
   4001 11th Street
   Riverside, CA 92501

The enumeration of the above-identified parties as parties served pursuant to FRCivP 5(b), and courtesy copy for identified but not yet appearing counsel is incorporated by reference into the Proof of Service to which it is attached, as if fully set forth.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2020

_____
Jeffrey R. Stein