Bruce W. Nickerson, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
(650) 594-0195

Jeffrey R. Stein, C.B.N. 67678
Stein-Conaway Law Firm, PC.
1045 Mill Street
San Luis Obispo, CA 93401
(805) 748-5243

Matthew Strugar, C.B.N. 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOUGLAS CHARLES OKUN,<br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN LUIS OBISPO, SAN LUIS OBISPO PROBATION DEPARTMENT, CHIEF PROBATION OFFICER JAMES SALIO, PROBATION OFFICER ROBERT MACIAS, and DOES I through X, inclusive,<br><br>    Defendants. | NO: 2:20-cv-00178-PA-GJS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:         Percy Anderson<br><br>Action Filed:   January 7, 2020 |

To the Court, all parties, and their attorneys of record:

Please take notice all parties have reached a settlement in this case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Dated: March 19, 2021        By:  <u>/s/ Matthew Strugar</u>
                                                           Matthew Strugar
                                                           Bruce W. Nickerson
                                                           Jeff Stein

                                                           *Attorneys for Plaintiff*