JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHARLES OKUN, | CV 20-00178 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF SAN LUIS OBISPO, et al., | |
| Defendant. | |

Pursuant to the Court's April 12, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 12, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE